## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMANUEL AMEN MESIAH,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-5058** |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** *et al.*, : | |
| Defendants. : | |

### ORDER

AND NOW, this 26th day of November, 2018, upon consideration of *pro se* Plaintiff Imanuel Amen Mesiah's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

4. Mesiah is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can clarify his facial challenge to the PFA Act and establish that he has standing to bring such a challenge. If Mesiah files an amended complaint, he shall identify all of the defendants in the caption of the amended complaint and describe in detail the basis for his constitutional challenge to the PFA Act. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Mesiah a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Mesiah may use this form to prepare his amended complaint.

6. If Mesiah fails to file an amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
WENDY BEETLESTONE, J.